O

# United States District Court
# Central District of California

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES et al.,<br><br>  Defendants. | Case № 2:22-cv-01165-ODW (GJSx)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE DOE DEFENDANTS [30]** |

   On February 14, 2023, Plaintiff Isaac Castellanos moved for leave to amend the Complaint to substitute Doe Defendants. (Mot. Leave Amend ("Motion" or "Mot."), ECF No. 30.)  Plaintiff represents that the Motion is unopposed. (*Id.* at 2.)  In addition, the parties stipulated to shorten the notice period on the Motion because Defendants will not file an opposition to the Motion. (Stip. Shorten Notice ("Stipulation") 2, ECF No. 31.)

   After carefully considering the papers filed in connection with the Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.  Accordingly, the Court **DENIES AS MOOT** the

parties' Stipulation seeking to shorten the notice period prior to holding a hearing. (ECF No. 31.)

Defendants do not oppose Plaintiff's Motion, and the Court finds that Plaintiff has shown good cause to amend the Complaint to substitute Doe Defendants under Federal Rule of Civil Procedure 15(a). *See* Fed. R. Civ. P. 15(a); *see also Learjet, Inc. v. ONEOK, Inc.*, 715 F.3d 716, 738 (9th Cir. 2013). Accordingly, the Court **GRANTS** Plaintiff's unopposed Motion for Leave to Amend the Complaint to Substitute Doe Defendants. (ECF No. 30.)

The Court **ORDERS** Plaintiff to file the First Amended Complaint by **February 23, 2023**.

**IT IS SO ORDERED.**

February 15, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**