MICHAEL P. STONE (SBN 91142),
MUNA BUSAILAH (SBN 166328),
Email: m.busailah@police-defense.com
ROBERT RABE (SBN 72312),
Email: r.rabe@police-defense.com
members of STONE BUSAILAH, LLP
*A Partnership of Professional Law Corporations*
E-mail: d.danial@police-defense.com
1055 E. Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Fax: (626) 683-5656

Attorneys for Defendants,
**CITY OF LOS ANGELES and
CHIEF MICHEL MOORE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; CODY MACARTHUR; JESSE PINEDA; JOHN JENAL AND DOES 4-10 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 2:22-CV-1165-ODW-GJS<br><br><br>**ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-1-

**TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COME NOW DEFENDANTS **CITY OF LOS ANGELES** AND **CHIEF MICHEL MOORE** (hereinafter "Defendants") answering plaintiff ISAAC CASTELLANOS' ("Plaintiff") complaint for damages in the above-entitled action, and hereby admit, deny, and allege as follows:

## INTRODUCTION

1.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

2.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

3.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

4.     Defendants admit that the Court has jurisdiction over this case, which alleges federal and state claims.

5.     Defendants admit that venue is proper.

6.     Admitted as to Defendants. Defendants lack sufficient information and belief regarding the identities and residences of Does 1-10 and on that basis deny the allegations as to the Doe defendants.

## PARTIES

7.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

8.     Defendants admit that City of Los Angeles is a municipal corporation duly organized and existing under the Constitution and laws of the State of California. Defendants admit that the Los Angeles Police Department is a local government entity and agency of the City. As for the remaining allegations within this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-3-

9.      Defendants admit that Chief Michel Moore is the LAPD police chief. As for the remaining allegations within this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

10.     Defendants admit the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by Officer MacArthur.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendants lack sufficient information and belief upon which to answer that factual allegation, and on that basis deny the allegation.

11.     Defendants admit the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by Officer Pineda.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendants lack sufficient information and belief upon which to answer that factual allegation, and on that basis deny the allegation.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

12. Defendants admit the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by a law enforcement Officer. As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendants lack sufficient information and belief upon which to answer that factual allegation, and on that basis deny the allegation.

13. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

14. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

15. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

16. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-5-

17.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## FACTS

**I.    To the extent this header is incorporated into Plaintiff's complaint, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.**

18.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

19.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

20.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

21.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

22.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

**II.     To the extent this header is incorporated into Plaintiff's complaint, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.**

23.     Defendants admit that the Los Angeles Dodgers won the World Series Championship on October 27, 2020. As for the remaining allegations within this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

24.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

25.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-7-

26.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

27.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

28.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

29.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

30.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

31.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-8-

32.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

33.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## **MONELL ALLEGATIONS**

34.     In response to this paragraph, Defendants incorporate by reference their responses above as if fully set forth herein.

35.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

36.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

37.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-9-

38.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

39.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

40.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

41.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

42.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

43.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S
FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-10-

44. Defendants admit that the City of Los Angeles participates in the California Commission on Peace Officer Standards and Training ("POST"). As for the remaining allegations within this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

45. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

46. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

47. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

///

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

**I. To the extent this header is incorporated into Plaintiff's complaint, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.**

48. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

49. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

**II. To the extent this header is incorporated into Plaintiff's complaint, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.**

50. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

51. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-12-

52. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

53. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

54. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

55. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

56. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-13-

**III.   To the extent this header is incorporated into Plaintiff's complaint, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.**

57.   Defendants admit that protests began in the City of Los Angeles following the in-custody death of George Floyd in Minneapolis, Minnesota. As for the remaining allegations within this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

58.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations, including the footnote and link attached thereto to the extent they are incorporated into Plaintiff's complaint.

59.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

60.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

**IV.    To the extent this header is incorporated into Plaintiff's complaint, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.**

61.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

62.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

63.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

64.    Defendants admit the Los Angeles Lakers secured the NBA Championship title on October 11, 2020. As for the remaining allegations within this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

65.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-15-

basis deny the allegations, including the footnote and the link attached thereto to the extent they are incorporated into Plaintiff's complaint.

66.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

67.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## PUNITIVE/EXEMPLARY DAMAGES ALLEGATIONS

68.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

69.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

70.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-16-

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

71.    Defendants admit that Plaintiff filed a claim with the City of Los Angeles on June 11, 2020.

72.    Defendants admit that the City of Los Angeles notified Plaintiff that his claim was denied on September 1, 2021.

## FIRST CAUSE OF ACTION

73.    In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 70 above as though fully set forth herein.

74.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

75.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

76.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

77.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

78.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

79.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

80.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

81.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

82.     Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-18-

## SECOND CAUSE OF ACTION

83.    In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 80 above as though fully set forth herein.

84.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

85.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

86.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

87.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

88.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-19-

89.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

90.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## THIRD CAUSE OF ACTION

91.    In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 88 above as though fully set forth herein.

92.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

93.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

94.    Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-20-

95. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

96. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

97. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

98. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## FOURTH CAUSE OF ACTION

99. In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 96 above as though fully set forth herein.

100. Without waiving any defenses, including but not necessarily limited to the affirmative defenses set forth below, Defendants admit that Plaintiff has

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-21-

complied with the California Tort Claims Act as to the filing of Plaintiff's claim against Defendants.

101. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

102. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

103. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

104. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

105. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

106.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## FIFTH CAUSE OF ACTION

107.   In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 104 above as though fully set forth herein.

108.   Without waiving any defenses, including but not necessarily limited to the affirmative defenses set forth below, Defendants admit that Plaintiff has complied with the California Tort Claims Act as to the filing of Plaintiff's claim against Defendants.

109.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

110.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

111.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

112.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## SIXTH CAUSE OF ACTION

113.   In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 110 above as though fully set forth herein.

114.   Without waiving any defenses, including but not necessarily limited to the affirmative defenses set forth below, Defendants admit that Plaintiff has complied with the California Tort Claims Act as to the filing of Plaintiff's claim against Defendants.

115.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

116.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

117.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

118.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

## NEGLIGENCE

119.   In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 116 above as though fully set forth herein.

120.   Without waiving any defenses, including but not necessarily limited to the affirmative defenses set forth below, Defendants admit that Plaintiff has complied with the California Tort Claims Act as to the filing of Plaintiff's claim against Defendants.

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

121.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

122.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

123.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

124.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

125.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

126.   Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-26-

127. Answering this paragraph, Defendants deny the allegations.

128. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

129. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

130. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

131. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

132. Answering this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## REQUEST FOR RELIEF

At this time, Defendants lack sufficient information and belief upon that any Defendant named herein is liable for any wrongdoing or that Plaintiff is entitled to any relief requested within Plaintiff's relief, and therefore deny that Plaintiff is entitled to any relief against any Defendant herein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

1.     The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable for self-defense.

2.     The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

3.     As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable police officer would have known.

4.     Defendants sued in their official capacities are immune from the imposition of punitive damages.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-28-

5.     The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

6.     The damages alleged were directly and proximately caused and contributed to by the negligence of third parties, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

7.     Plaintiff lacks standing to sue.

8.     Plaintiff is barred from seeking equitable relief because he has adequate legal remedies for any alleged injuries.

9.     Plaintiff has failed to mitigate his damages.

10.     Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

*California Government Code* §§ 815.2, 818, 818.2, 820(b); 820.2, 820.4, 820.8, 821.6, 822.2, 844.6, 845, 845.2 and 845.6; 845.8; 855.4; 855.6; 855.8; *Civil Code* § 3333.3; Civil Code § 1432, *Civil Code* § 1431.5.

*California Penal Code* §§ §§ 835(a); 836.5 and 847.

*California Health and Safety Code* § 1799.106 and § 1799.107.

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-29-

11.     Superseding cause: Any alleged acts or omission by Defendants or its agents, officers, and/or employees were superseded by the negligence or causative fault of Plaintiff or others, whether sued herein or not, whose negligence or causative fault intervened and was the sole cause of any detriment to Plaintiff as alleged in the complaint.

12.     Defendants' actions are privileged pursuant to Civil Code § 47.

13.     Defendants are immune from the imposition of punitive damages.

14.     Plaintiff had full knowledge of the risk involved in the activity in which Plaintiff was engaged at the time of the occurrence of the incident set forth in the complaint. Plaintiff voluntarily assumed all the risks incident to the activity engaged in at the time and place mentioned in the complaint, and the loss or damage, if any, sustained by Plaintiff was caused by those risks.

15.     Defendants allege that at all times mentioned in the Complaint, Plaintiff acted in a careless, reckless, wanton and negligent manner in and about the matter set forth in the Complaint; that such careless, reckless, wanton and negligent conduct proximately contributed to the injuries and damages, if any, sustained or claimed by Plaintiff, that as a consequence, Plaintiff's claims are barred.

///

///

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

16.     Neither a public entity nor a public employee is liable for any injury resulting from their act or omission where the act or omission was the result of the exercise of the discretion vested in them.

17.     The Defendants are not liable pursuant to the doctrine of assumption of risk.

18.     Any injury or damage suffered by Plaintiff was caused solely by reason of Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge, and attempt to discharge, the duty of his/her office, and not by reason of any unlawful acts or omissions of the Defendants.

19.     To the extent any force was used, it was privileged as being reasonably necessary, and being believed to be so necessary, to the lawful defense of third parties.

20.     Plaintiff's recovery is barred for damages that he should have foreseen and could have avoided by reasonable effort.

21.     Neither a public entity nor a public employee acting in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable, is liable for any injury caused thereby, except to the extent that he would have been liable had the enactment been constitutional, valid and applicable.

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

22.     The actions of the Defendants were reasonable, proper, and legal.

23.     The Defendants had reasonable cause to believe that a public offense was being committed in their presence.

24.     Plaintiff's complaint fails to state a cause of action against the Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiff takes nothing by this action;

2.     That the action be dismissed;

3.     That Defendants be awarded costs of suit;

4.     That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. §988.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

Dated: March 13, 2023                          Respectfully submitted,

                                               STONE BUSAILAH, LLP

                                               /s/ Robert Rabe
                                               ROBERT RABE, ESQ.
                                               Attorney for Defendants

ANSWER BY DEFENDANTS CITY OF LOS ANGELES AND CHIEF MICHEL MOORE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL