MICHAEL P. STONE (SBN 91142),
MUNA BUSAILAH (SBN 166328),
Email: m.busailah@police-defense.com
ROBERT RABE (SBN 72312),
Email: r.rabe@police-defense.com
members of STONE BUSAILAH, LLP
*A Partnership of Professional Law Corporations*
E-mail: d.danial@police-defense.com

1055 E. Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Fax: (626) 683-5656

Attorneys for Defendants,
**CITY OF LOS ANGELES,**
**JESSE PINEDA, JESSE PINEDA,**
**JOHN JENAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ISAAC CASTELLANOS, | Case No.: 2:22-CV-1165-ODW-GJS |
|---|---|
| Plaintiff, | |
| vs. | **ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |
| CITY OF LOS ANGELES; CHIEF MICHEL MOORE; JESSE PINEDA; JESSE PINEDA; JOHN JENAL AND DOES 4-10 INCLUSIVE, | |
| Defendants. | |

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-1-

**TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COME NOW DEFENDANT **JESSE PINEDA** (hereinafter "Defendant") answering plaintiff ISAAC CASTELLANOS' ("Plaintiff") complaint for damages in the above-entitled action, and hereby admits, denies, and alleges as follows:

## INTRODUCTION

1.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

2.     Answering this paragraph, Defendants lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's Complaint.

3.     Answering this paragraph, Defendant JESSE PINEDA denies he used "improper and unlawful crowd control tactics" or "violated Plaintiff's rights" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-2-

answer the factual allegations contained therein, and on that basis deny the allegations.

## JURISDICTION AND VENUE

4. Defendant admits that the Court has jurisdiction over this case, which alleges federal and state claims.

5. Defendant JESSE PINEDA admits the allegations contained in this paragraph.

6. Defendant JESSE PINEDA admits that venue is proper.

## PARTIES

7. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

8. Defendant JESSE PINEDA admits that City of Los Angeles is a municipal corporation duly organized and existing under the Constitution and laws of the State of California. Defendant JESSE PINEDA admits that the Los Angeles Police Department is a local government entity and agency of the City. As for the remaining allegations within this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-3-

9.      Defendant JESSE PINEDA admits that Chief Michel Moore is the LAPD police chief. As for the remaining allegations within this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

10.      Defendant JESSE PINEDA admits the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by Officer MacArthur.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer that factual allegation, and on that basis denies the allegation.

11.      Defendant JESSE PINEDA admits the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by Officer Pineda.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer that factual allegation, and on that basis denies the allegation.

12.     Defendant JESSE PINEDA admits the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by a law enforcement Officer.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer that factual allegation, and on that basis denies the allegation.

13.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

14.     Answering this paragraph, Defendant JESSE PINEDA denies to "personally participating in the unlawful conduct" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

15.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

16.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

17.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## FACTS

**I.      The LAPD's History of Violently Responding to Large Demonstrations.**

18.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

19.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

20.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

21.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

22.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## II.    Plaintiff Is Severely Injured By LLMs While Celebrating the Dodgers' World Serious Championship Victory

23.    Defendant JESSE PINEDA admits that the Los Angeles Dodgers won the World Series Championship on October 27, 2020. As for the remaining allegations within this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

24.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-7-

25.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

26.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

27.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

28.     Answering this paragraph, Defendant JESSE PINEDA denies "indiscriminately shooting towards the crowd" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

29.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

30.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

31.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

32.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

33.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

34.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## MONELL ALLEGATIONS

35.    In response to this paragraph, Defendant JESSE PINEDA incorporates by reference his responses above as if fully set forth herein.

///

36.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

37.     Answering this paragraph, Defendant JESSE PINEDA denies "the use of indiscriminate and excessive and reasonable force" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

38.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

39.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

40.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-10-

41. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

42. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

43. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

44. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

45. Defendant JESSE PINEDA admits that the City of Los Angeles participates in the California Commission on Peace Officer Standards and Training ("POST"). As for the remaining allegations within this paragraph, Defendant JESSE PINEDA lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-11-

46. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

47. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

48. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

I.  **The Settlement in *National Lawyers Guild v. City of Los Angeles***

49. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

50. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## II.    The Settlement in *Multi-Ethnic Worker Organizing Network v. City of Los Angeles* (*"MIWON"*)

51.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

52.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

53.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

54.    Answering this paragraph, Defendant JESSE PINEDA denies subjecting Plaintiff "to unreasonable and excessive force" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

55.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

56.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

57.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

### III.     The Summer of Protests Following George Floyd's Death

58.     Defendant JESSE PINEDA admit that protests began in the City of Los Angeles following the in-custody death of George Floyd in Minneapolis, Minnesota. As for the remaining allegations within this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

59.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and link attached thereto the extent they are incorporated into Plaintiff's complaint.

///

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-14-

60. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and link attached thereto the extent they are incorporated into Plaintiff's complaint.

61. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## IV. LAPD's Use of LLMs at Large Gatherings After the George Floyd Protests

62. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

63. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

64. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

65.     Defendant JESSE PINEDA admits the Los Angeles Lakers secured the NBA Championship title on October 11, 2020. As for the remaining allegations within this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

66.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link attached thereto to the extent they are incorporated into Plaintiff's complaint.

67.     Answering this paragraph, Defendant JESSE PINEDA denies "indiscriminately firing [their LLM] at individuals" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

68.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-16-

## PUNITIVE/EXEMPLARY DAMAGES ALLEGATIONS

## (Against Defendants Chief Moore, Officer MacArthur, Officer Pineda, Lt.

## Jenal, and Does 4-10)

69. Answering this paragraph, Defendant JESSE PINEDA denies the allegation that he "proceeded to unlawful fire LLMs at Plaintiff" in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

70. Defendant JESSE PINEDA denies the allegations contained in this paragraph.

71. Defendant JESSE PINEDA denies the allegations contained in this paragraph.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

72. Defendant JESSE PINEDA admits that Plaintiff filed a claim with the City of Los Angeles on June 11, 2020.

73. Defendant JESSE PINEDA admits that the City of Los Angeles notified Plaintiff that his claim was denied on September 1, 2021.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

-17-

## FIRST CAUSE OF ACTION

### Free Speech and Assembly

### First & Fourteenth Amendments (42 U.S.C. § 1983);

### California Constitution, Article I, §§ 2 & 3

### (Against all Defendants)

74.     In response to this paragraph, Defendant JESSE PINEDA incorporates herein by reference each of the answers to paragraphs 1 through 73 above as though fully set forth herein.

75.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

76.     Defendant JESSE PINEDA denies the allegations contained in this paragraph, insofar as they refer to his conduct.

77.     Defendant JESSE PINEDA denies the allegations contained in this paragraph, insofar as they refer to actions taken by him.

78.     Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-18-

79.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

80.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

81.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

82.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

83.    Defendant JESSE PINEDA denies he acted with malice and oppression and with a conscious disregard to Plaintiff's rights, as alleged in this paragraph.

///

///

///

///

## SECOND CAUSE OF ACTION

### Unlawful Seizure & Excessive Force
### Fourth & Fourteenth Amendments (42 U.S.C. § 1983);
### California Constitution, Article I, § 13
### (Against all Defendants)

84.    In response to this paragraph, Defendant JESSE PINEDA incorporates herein by reference each of the answers to paragraphs 1 through 83 above as though fully set forth herein.

85.    Defendant JESSE PINEDA denies the allegations contained in this paragraph, insofar as they refer to his conduct.

86.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

87.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

88.    Defendant JESSE PINEDA denies the allegations contained in this paragraph, as he did not use "excessive force against plaintiff".

///

///

89.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

90.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

91.    Defendant JESSE PINEDA denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

### THIRD CAUSE OF ACTION

**Substantive Due Process**
**Fourteenth Amendment (42 U.S.C. § 1983);**
**California Constitution, Article I, § 13**
**(Against all Defendants)**

92.    In response to this paragraph, Defendant JESSE PINEDA incorporates herein by reference each of the answers to paragraphs 1 through 90 above as though fully set forth herein.

93.    Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-21-

94. Answering this paragraph, Defendant JESSE PINEDA denies he was "unjustifiably firing LLMs at Plaintiff" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

95. Defendant JESSE PINEDA denies the allegations contained in this paragraph.

96. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

97. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

98. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

99. Defendant JESSE PINEDA denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-22-

## FOURTH CAUSE OF ACTION

### Violation of Bane Act (California Civil Code § 52.1)
### (Against all Defendants)

100. In response to this paragraph, Defendants incorporate herein by reference each of the answers to paragraphs 1 through 99 above as though fully set forth herein.

101. Defendant JESSE PINEDA admits the factual allegations contained in this paragraph.

102. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

103. Answering this paragraph, Defendant JESSE PINEDA denies being "engaged in threatening, intimidating, and coercive tactics by using excessive force against Plaintiff" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

104. Defendant JESSE PINEDA admits the factual allegations in this paragraph.

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-23-

105. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

106. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

107. Defendant JESSE PINEDA denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleges in this paragraph.

## FIFTH CAUSE OF ACTION

### Assault

### (Against all Defendants)

108. In response to this paragraph, Defendant JESSE PINEDA incorporates herein by reference each of the answers to paragraphs 1 through 107 above as though fully set forth herein.

109. Defendant JESSE PINEDA admits the factual allegations contained in this paragraph.

110. Answering this paragraph, Defendant JESSE PINEDA denies "aiming LLMs at Plaintiff" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-24-

belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

111.   Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

112.   Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

113.   Defendant JESSE PINEDA denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

## SIXTH CAUSE OF ACTION

### Battery

### (Against all Defendants)

114.   In response to this paragraph, Defendant JESSE PINEDA incorporates herein by reference each of the answers to paragraphs 1 through 113 above as though fully set forth herein.

115.   Defendant JESSE PINEDA admits the factual allegations contained in this paragraph.

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-25-

116. Answering this paragraph, Defendant JESSE PINEDA denies that he "battered Plaintiff" as alleged in this paragraph. AS to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

117. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

118. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

119. Defendant JESSE PINEDA denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

<u>**SEVENTH CAUSE OF ACTION**</u>

<u>**Negligence**</u>

**(Against all Defendants)**

120. In response to this paragraph, Defendant JESSE PINEDA incorporates herein by reference each of the answers to paragraphs 1 through 119 above as though fully set forth herein.

121. Defendant JESSE PINEDA admits the factual allegations contained in this paragraph.

122. Defendant JESSE PINEDA admits the factual allegations contained in this paragraph.

123. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

124. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

125. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

126. Answering this paragraph, Defendant JESSE PINEDA denies that at any time he was "aiming and firing [at] Plaintiff's face" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

127. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

128. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

129. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

130. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

131. Answering this paragraph, Defendant JESSE PINEDA lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

132. Defendant JESSE PINEDA admits the factual allegations contained in this paragraph.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-28-

## REQUEST FOR RELIEF

At this time, Defendants lack sufficient information and belief upon that any Defendant named herein is liable for any wrongdoing or that Plaintiff is entitled to any relief requested within Plaintiff's relief, and therefore deny that Plaintiff is entitled to any relief against any Defendant herein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

1.    The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable for self-defense.

2.    The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

3.    As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable police officer would have known.

4.    Defendants sued in their official capacities are immune from the imposition of punitive damages.

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

5. The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

6. The damages alleged were directly and proximately caused and contributed to by the negligence of third parties, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

7. Plaintiff lacks standing to sue.

8. Plaintiff is barred from seeking equitable relief because he has adequate legal remedies for any alleged injuries.

9. Plaintiff has failed to mitigate his damages.

10. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

*California Government Code* §§ 815.2, 818, 818.2, 820(b); 820.2, 820.4, 820.8, 821.6, 822.2, 844.6, 845, 845.2 and 845.6; 845.8; 855.4; 855.6; 855.8;

*Civil Code* § 3333.3; Civil Code § 1432, *Civil Code* § 1431.5.

*California Penal Code* §§ §§ 835(a); 836.5 and 847.

*California Health and Safety Code* § 1799.106 and § 1799.107.

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

11. Superseding cause: Any alleged acts or omission by Defendants or its agents, officers, and/or employees were superseded by the negligence or causative fault of Plaintiff or others, whether sued herein or not, whose negligence or causative fault intervened and was the sole cause of any detriment to Plaintiff as alleged in the complaint.

12. Defendants' actions are privileged pursuant to Civil Code § 47.

13. Defendants are immune from the imposition of punitive damages.

14. Plaintiff had full knowledge of the risk involved in the activity in which Plaintiff was engaged at the time of the occurrence of the incident set forth in the complaint. Plaintiff voluntarily assumed all the risks incident to the activity engaged in at the time and place mentioned in the complaint, and the loss or damage, if any, sustained by Plaintiff was caused by those risks.

15. Defendants allege that at all times mentioned in the Complaint, Plaintiff acted in a careless, reckless, wanton and negligent manner in and about the matter set forth in the Complaint; that such careless, reckless, wanton and negligent conduct proximately contributed to the injuries and damages, if any, sustained or claimed by Plaintiff, that as a consequence, Plaintiff's claims are barred.

///

///

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

16.     Neither a public entity nor a public employee is liable for any injury resulting from their act or omission where the act or omission was the result of the exercise of the discretion vested in them.

17.     The Defendants are not liable pursuant to the doctrine of assumption of risk.

18.     Any injury or damage suffered by Plaintiff was caused solely by reason of Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge, and attempt to discharge, the duty of his/her office, and not by reason of any unlawful acts or omissions of the Defendants.

19.     To the extent any force was used, it was privileged as being reasonably necessary, and being believed to be so necessary, to the lawful defense of third parties.

20.     Plaintiff's recovery is barred for damages that he should have foreseen and could have avoided by reasonable effort.

21.     Neither a public entity nor a public employee acting in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable, is liable for any injury caused thereby, except to the extent that he would have been liable had the enactment been constitutional, valid and applicable.

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

22.     The actions of the Defendants were reasonable, proper, and legal.

23.     The Defendants had reasonable cause to believe that a public offense was being committed in their presence.

24.     Plaintiff's complaint fails to state a cause of action against the Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiff takes nothing by this action;

2.     That the action be dismissed;

3.     That Defendants be awarded costs of suit;

4.     That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. §988.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

Dated: March 23, 2023                          Respectfully submitted,

                                               STONE BUSAILAH, LLP

                                                /s/ Robert Rabe
                                               ROBERT RABE, ESQ.
                                               Attorney for Defendants

ANSWER BY DEFENDANT JESSE PINEDA TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-33-