MICHAEL P. STONE (SBN 91142),
MUNA BUSAILAH (SBN 166328),
Email: m.busailah@police-defense.com
ROBERT RABE (SBN 72312),
Email: r.rabe@police-defense.com
members of STONE BUSAILAH, LLP
*A Partnership of Professional Law Corporations*
E-mail: d.danial@police-defense.com
1055 E. Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Fax: (626) 683-5656

Attorneys for Defendants,
**CITY OF LOS ANGELES,
JESSE PINEDA, CODY MACARTHUR,
JOHN JENAL**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; CODY MACARTHUR; JESSE PINEDA; JOHN JENAL AND DOES 4-10 INCLUSIVE,<br><br>        Defendants. | Case No.: 2:22-CV-1165-ODW-GJS<br><br><br>**ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

-1-

**TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COME NOW DEFENDANT **JOHN JENAL** (hereinafter "Defendant") answering Plaintiff ISAAC CASTELLANOS' ("Plaintiff") complaint for damages in the above-entitled action, and hereby admits, denies, and alleges as follows:

## INTRODUCTION

1.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

2.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

3.    Answering this paragraph, Defendant John Jenal denies he used "improper and unlawful crowd control tactics" or "violated plaintiff's rights" as alleged in this paragraph. As for the remaining allegations within this paragraph,

Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## JURISDICTION AND VENUE

4.      Defendant John Jenal admits that the Court has jurisdiction over this case, which alleges federal and state claims.

5.      Defendant John Jenal admits the allegations contained in this paragraph.

6.      Defendant John Jenal admits that venue is proper.

## PARTIES

7.      Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

8.      Defendant John Jenal admits that City of Los Angeles is a municipal corporation duly organized and existing under the Constitution and laws of the State of California. Defendant John Jenal admits that the Los Angeles Police Department is a local government entity and agency of the City. As for the remaining allegations within this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

9.      Defendant John Jenal admits that Chief Michel Moore is the LAPD police chief. As for the remaining allegations within this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

10.     Defendant John Jenal admits the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by Officer MacArthur.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendant lacks sufficient information and belief upon which to answer that factual allegation, and on that basis denies the allegation.

11.     Defendant John Jenal admits the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by Officer Pineda.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendant lacks sufficient information and belief upon which to answer that factual allegation, and on that basis denies the allegation.

///

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-4-

12.   Defendant John Jenal admits the allegations in this paragraph except for the phrase "during which plaintiff sustained injuries following the use of LLMs by law enforcement", insofar as that phrase alleges Plaintiff's injuries were caused by an LLM fired by a law enforcement Officer.  As for the allegation "during which plaintiff sustained injuries following the use of LLMs by law enforcement", Defendant lacks sufficient information and belief upon which to answer that factual allegation, and on that basis denies the allegation.

13.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

14.   Answering this paragraph, Defendant John Jenal denies to "personally participating in the unlawful conduct" as alleged in this paragraph.  As to any other allegation contained in this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

15.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

16. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

17. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## FACTS

**I.     The LAPD's History of Violently Responding to Large Demonstrations**

18. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

19. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

20. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

21. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

22. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## II. Plaintiff Is Severely Injured By LLMs While Celebrating the Dodgers' World Serious Championship Victory

23. Defendant John Jenal admits that the Los Angeles Dodgers won the World Series Championship on October 27, 2020. As for the remaining allegations within this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

24. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

25. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

26. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

27. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

28. Answering this paragraph, Defendant John Jenal denies "indiscriminately shooting towards the crowd" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

29. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

30.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

31.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

32.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

33.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

34.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## MONELL ALLEGATIONS

35.    Answering this paragraph, Defendant John Jenal incorporates by reference his responses above as if fully set forth herein.

///

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

36. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

37. Answering this paragraph, Defendant John Jenal denies "the use of indiscriminate and excessive and unreasonable force" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

38. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

39. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

40. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

41.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

42.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

43.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

44.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

45.   Defendant John Jenal admits that the City of Los Angeles participates in the California Commission on Peace Officer Standards and Training ("POST"). As for the remaining allegations within this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-11-

46. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

47. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

48. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## I.   The Settlement in *National Lawyers Guild v. City of Los Angeles*

49. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

50. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

///

## II.    The Settlement in *Multi-Ethnic Worker Organizing Network v. City of Los Angeles* ("*MIWON*")

51.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

52.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

53.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

54.    Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

55.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

56.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

57.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

### III.    The Summer of Protests Following George Floyd's Death

58.    Defendant John Jenal admits that protests began in the City of Los Angeles following the in-custody death of George Floyd in Minneapolis, Minnesota. As for the remaining allegations within this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

59.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's complaint.

60.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained

therein, and on that basis denies the allegations, including the footnote and the link attached thereto, to the extent Plaintiff contends they are incorporated into Plaintiff's Complaint

61. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## IV. LAPD's Use of LLMs at Large Gatherings After the George Floyd Protests

62. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

63. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

64. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

65. Defendant John Jenal admits the Los Angeles Lakers secured the NBA Championship title on October 11, 2020. As for the remaining allegations within

this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

66.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link attached thereto to the extent they are incorporated into Plaintiff's complaint.

67.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations, including the footnote and the link attached thereto to the extent they are incorporated into Plaintiff's complaint.

68.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## PUNITIVE/EXEMPLARY DAMAGES ALLEGATIONS

**(Against Defendants Chief Moore, Officer MacArthur, Officer Pineda, Lt. Jenal, and Does 4-10)**

69.    Defendant John Jenal denies the allegation that he authorized any other defendant "to unlawfully fire LLMs at Plaintiff" in this paragraph. As to any other

allegation contained in this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

70.    Defendant John Jenal denies the allegations contained in this paragraph.

71.    Defendant John Jenal denies the allegations contained in this paragraph.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

72.    Defendant John Jenal admits that Plaintiff filed a claim with the City of Los Angeles on June 11, 2020.

73.    Defendant John Jenal admits that the City of Los Angeles notified Plaintiff that his claim was denied on September 1, 2021.

## FIRST CAUSE OF ACTION

**Free Speech and Assembly**

**First & Fourteenth Amendments (42 U.S.C. § 1983);**

**California Constitution, Article I, §§ 2 & 3**

**(Against all Defendants)**

74.    In response to this paragraph, Defendant John Jenal incorporates herein by reference each of the answers to paragraphs 1 through 30 above as though fully set forth herein.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-17-

75. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

76. Defendant John Jenal denies the allegations contained in this paragraph, insofar as they refer to his conduct.

77. Defendant John Jenal denies the allegations contained in this paragraph, insofar as they refer to actions taken by him.

78. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

79. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

80. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

81. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

82.     Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

83.     Defendant John Jenal denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

## SECOND CAUSE OF ACTION

**Unlawful Seizure & Excessive Force**

**Fourth & Fourteenth Amendments (42 U.S.C. § 1983);**

**California Constitution, Article I, § 13**

**(Against all Defendants)**

84.     In response to this paragraph, Defendant John Jenal incorporate herein by reference each of the answers to paragraphs 1 through 83 above as though fully set forth herein.

85.     Defendant John Jenal denies the allegations contained in this paragraph, insofar as they refer to his conduct.

86.     Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

87.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

88.    Defendant John Jenal denies the allegations contained in this paragraph, as he did not use "excessive force against Plaintiff".

89.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

90.    Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

91.    Defendant John Jenal denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

///

///

///

///

///

///

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-20-

## THIRD CAUSE OF ACTION

### Substantive Due Process
### Fourteenth Amendment (42 U.S.C. § 1983);
### California Constitution, Article I, § 13
### (Against all Defendants)

92.	In response to this paragraph, Defendant John Jenal incorporates herein by reference each of the answers to paragraphs 1 through 91 above as though fully set forth herein.

93.	Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

94.	Defendant John Jenal denies he was "unjustifiably firing LLMs at Plaintiff" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

95.	Defendant John Jenal denies the allegations contained in this paragraph.

///

///

96. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

97. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

98. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

99. Defendant John Jenal denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

## FOURTH CAUSE OF ACTION

### Violation of Bane Act (California Civil Code § 52.1)
### (Against all Defendants)

100. In response to this paragraph, Defendant John Jenal incorporates herein by reference each of the answers to paragraphs 1 through 99 above as though fully set forth herein.

101. Defendant John Jenal admits the factual allegations contained in this paragraph.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-22-

102.  Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

103.  Defendant John Jenal denies being "engaged in threatening, intimidating, and coercive tactics by using excessive force against Plaintiff" as alleged in this paragraph.  As to any other allegation contained in this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

104.  Answering this paragraph, Defendant John Jenal admits the factual allegations contained in this paragraph.

105.  Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

106.  Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

107.  In response to this paragraph, Defendant John Jenal denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

## FIFTH CAUSE OF ACTION

### Assault

### (Against all Defendants)

108. In response to this paragraph, Defendant John Jenal incorporates herein by reference each of the answers to paragraphs 1 through 107 above as though fully set forth herein.

109. Answering this paragraph, Defendant John Jenal admits the factual allegations contained in this paragraph.

110. Answering this paragraph, Defendant John Jenal denies "aiming LLMs at plaintiff" as alleged in this paragraph. As to any other allegation contained in this paragraph. As to any other allegation contained in this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

111. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

112. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

113.  In response to this paragraph, Defendant John Jenal denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

## **SIXTH CAUSE OF ACTION**

### **Battery**

### **(Against all Defendants)**

114.  In response to this paragraph, Defendant John Jenal incorporates herein by reference each of the answers to paragraphs 1 through 113 above as though fully set forth herein.

115.  Answering this paragraph, Defendant John Jenal admits the factual allegations contained in this paragraph.

116.  Answering this paragraph, Defendant John Jenal denies that he "battered Plaintiff" as alleged in this paragraph.  As to any other allegation contained in this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

117.  Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
DAMAGES; DEMAND FOR JURY TRIAL

118.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

119.   In response to this paragraph, Defendant John Jenal denies he acted with malice and oppression and with a conscious disregard for Plaintiff's rights, as alleged in this paragraph.

**<u>SEVENTH CAUSE OF ACTION</u>**

**<u>Negligence</u>**

**(Against all Defendants)**

120.   In response to this paragraph, Defendant John Jenal incorporates herein by reference each of the answers to paragraphs 1 through 119 above as though fully set forth herein.

121.   Answering this paragraph, Defendant John Jenal admits the factual allegations contained in this paragraph.

122.   Answering this paragraph, Defendant John Jenal admits the factual allegations contained in this paragraph.

123.   Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

124. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

125. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

126. Answering this paragraph, Defendant John Jenal denies that at any time he was 'aiming and firing [at] Plaintiff's face" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

127. Answering this paragraph, Defendant John Jenal denies that at any time he was "allowing his subordinates to engage in unlawful crowd control tactics and authorizing and supervising the improper use of LLMs against Plaintiff" as alleged in this paragraph. As to any other allegation contained in this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

///

///

128. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

129. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

130. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

131. Answering this paragraph, Defendant John Jenal lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

132. Answering this paragraph, Defendant John Jenal admits the factual allegations contained in this paragraph.

## <u>REQUEST FOR RELIEF</u>

At this time, Defendant lacks sufficient information and belief upon that any Defendant named herein is liable for any wrongdoing or that Plaintiff is entitled to any relief requested within Plaintiff's relief, and therefore denies that Plaintiff is entitled to any relief against any Defendant herein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

1.     The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable for self-defense.

2.     The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for the defense of others.

3.     As to the federal claims and theories of recovery, the answering Defendant are protected from liability under the doctrine of qualified immunity, because Defendant' conduct did not violate clearly established statutory or constitutional rights of which a reasonable police officer would have known.

4.     Defendant sued in their official capacities are immune from the imposition of punitive damages.

5.     The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

6.     The damages alleged were directly and proximately caused and contributed to by the negligence of third parties, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-29-

7.  Plaintiff lacks standing to sue.

8.  Plaintiff is barred from seeking equitable relief because he has adequate legal remedies for any alleged injuries.

9.  Plaintiff has failed to mitigate his damages.

10. Defendant are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

*California Government Code* §§ 815.2, 818, 818.2, 820(b); 820.2, 820.4, 820.8, 821.6, 822.2, 844.6, 845, 845.2 and 845.6; 845.8; 855.4; 855.6; 855.8; *Civil Code* § 3333.3; Civil Code § 1432, *Civil Code* § 1431.5.

*California Penal Code* §§ §§ 835(a); 836.5 and 847.

*California Health and Safety Code* § 1799.106 and § 1799.107.

11. Superseding cause: Any alleged acts or omission by Defendant or its agents, officers, and/or employees were superseded by the negligence or causative fault of Plaintiff or others, whether sued herein or not, whose negligence or causative fault intervened and was the sole cause of any detriment to Plaintiff as alleged in the complaint.

12. Defendant' actions are privileged pursuant to Civil Code § 47.

13. Defendant are immune from the imposition of punitive damages.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

14. Plaintiff had full knowledge of the risk involved in the activity in which Plaintiff was engaged at the time of the occurrence of the incident set forth in the complaint. Plaintiff voluntarily assumed all the risks incident to the activity engaged in at the time and place mentioned in the complaint, and the loss or damage, if any, sustained by Plaintiff was caused by those risks.

15. Defendant alleges that at all times mentioned in the Complaint, Plaintiff acted in a careless, reckless, wanton and negligent manner in and about the matter set forth in the Complaint; that such careless, reckless, wanton and negligent conduct proximately contributed to the injuries and damages, if any, sustained or claimed by Plaintiff, that as a consequence, Plaintiff's claims are barred.

16. Neither a public entity nor a public employee is liable for any injury resulting from their act or omission where the act or omission was the result of the exercise of the discretion vested in them.

17. The Defendant are not liable pursuant to the doctrine of assumption of risk.

18. Any injury or damage suffered by Plaintiff was caused solely by reason of Plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge, and attempt to discharge, the duty of his/her office, and not by reason of any unlawful acts or omissions of the Defendant.

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-31-

19.    To the extent any force was used, it was privileged as being reasonably necessary, and being believed to be so necessary, to the lawful defense of third parties.

20.    Plaintiff's recovery is barred for damages that he should have foreseen and could have avoided by reasonable effort.

21.    Neither a public entity nor a public employee acting in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable, is liable for any injury caused thereby, except to the extent that he would have been liable had the enactment been constitutional, valid and applicable.

22.    The actions of the Defendant were reasonable, proper, and legal.

23.    The Defendant had reasonable cause to believe that a public offense was being committed in their presence.

24.    Plaintiff's complaint fails to state a cause of action against the Defendant.

///

///

///

///

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-32-

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant pray for judgment as follows:

1.      That Plaintiff takes nothing by this action;

2.      That the action be dismissed;

3.      That Defendant be awarded costs of suit;

4.      That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. §988.

## **DEMAND FOR JURY TRIAL**

Defendant hereby demand and request a trial by jury in this matter.

Dated: March 23, 2023                    Respectfully submitted,

                                         STONE BUSAILAH, LLP

                                         /S/ Robert Rabe

                                         ROBERT RABE, ESQ.
                                         Attorney for Defendants

ANSWER BY DEFENDANT JOHN JENAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

-33-