Timothy A. Loranger, Esq. (SBN: 225422)
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq. (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; and DOES 1-10 inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-01165-ODW-MBK<br><br>Hon. Otis D. Wright, II<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br>Date:          February 3, 2026<br>Time:          9:00 AM<br>Courtroom:  5D<br><br>**Trial:**<br>Date:          March 3, 2026<br>Time:          9:00 AM<br>Courtroom:  5D |

– 1 –

## JOINT STATEMENT OF THE CASE

Plaintiff, Isaac Castellanos, has brought this lawsuit alleging that the Los Angeles Police Department (LAPD) Officers, Cody MacArthur and Jesse Pineda, subjected him to excessive force, in violation of his constitutional rights and his rights under California law.

This case arises from an incident that occurred on October 28, 2020, in Downtown Los Angeles, following the Los Angeles Dodgers' 2020 World Series victory. Mr. Castellanos arrived at the intersection of 11th and Hope Street, near LA Live. Shortly after 1:00 a.m., LAPD officers arrived at the intersection.

Mr. Castellanos contends that, as he was leaving the area when LAPD arrived, one of the less lethal projectiles fired by either Officer MacArthur or Pineda struck him in the right eye. [Mr. Castellanos contends that he suffered a permanent loss of vision in his right eye.[1]] Mr. Castellanos alleges that Officers MacArthur and Pineda are liable for excessive force and negligence.

The City and Officers MacArthur and Pineda dispute that one of their projectiles struck Castellanos. The City and Officers MacArthur and Pineda deny Mr. Castellanos' claims, and contend that Mr. Castellanos ignored a dispersal order.

Dated: January 26, 2026  By: */s /      Monique A. Alarcon*
　　　　　　　　　　　　　Timothy A. Loranger, Esq.
　　　　　　　　　　　　　tloranger@wisnerbaum.com
　　　　　　　　　　　　　Pedram Esfandiary, Esq.
　　　　　　　　　　　　　pesfandiary@wisnerbaum.com
　　　　　　　　　　　　　Monique A. Alarcon, Esq.
　　　　　　　　　　　　　malarcon@wisnerbaum.com
　　　　　　　　　　　　　**WISNER BAUM LLP**
　　　　　　　　　　　　　11111 Santa Monica Blvd. Ste. 1750
　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　Telephone: (310) 207-3233
　　　　　　　　　　　　　Facsimile: (310) 820-7444

---

[1] Plaintiff proposes this sentence. Defendants object to the inclusion of the same, as the severity of the loss of vision is disputed and this sentence goes beyond a neutral recitation of the facts.

By: */s/ Muna Busailah*
Muna Busailah
*m.busailah@police-defense.com*
STONE BUSAILAH, LLP
1055 E. Colorado Boulevard, Suite 320
Pasadena, California 91106,
Telephone: (626) 683-5600

– 3 –

JOINT STATEMENT OF THE CASE