Timothy A. Loranger, Esq. (SBN: 225422)
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq. (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; and DOES 1-10 inclusive,<br><br>              Defendants. | Case No. 2:22-cv-01165-OD-MBK<br><br>Hon. Otis D. Wright, II<br><br>**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**<br><br>**Final Pretrial Conference:**<br>Date:     February 3, 2026<br>Time:     9:00 AM<br>Courtroom: 5D<br><br>**Trial:**<br>Date:     April 7, 2026<br>Time:     9:00 AM<br>Courtroom: 5D: |

1

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

Plaintiff Isaac Castellanos and Defendants City of Los Angeles, Chief Michel Moore, Officer Jessie Pineda, and Officer Cody MacArthur, by and through their respective attorneys of record, hereby submit their Joint Revised Exhibit List annotated with stipulations/objections as follows.[1]

**Plaintiff's Exhibits**

| A. Body Cam Footage | | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| 1. | Body Worn Video of Officer Cody MacArthur, 2020-10-28 at 01:01:07-01:08:57 | | |
| 2. | Body Worn Video of Officer Jesse Pineda, 2020-10-28 at 01:01:08-01:08:49 | | |
| 3. | Body Worn Video of Victor Martinez at 11th & Hope, 2020-10-28 at 01:01:11-01:08:32 | | |
| 4. | Body Worn Video of Allan Salazar, 2020-10-28 at 01:01:31-01:08:34 | | |
| 5. | Body Worn Video of Thomas Onyshko, 2020-10-28 at 01:01:03 - 01:09:16 | | |
| 6. | Body Worn Video of Officer Cesar Aranda, 2020-10-28 at 01:01:08-01:08:42 | | |
| 7. | Body Worn Video of Chrisian Arrue  11th & Hope, 2020-10-28 | | |

[1] The parties are working to finalize a stipulation on a large number of exhibits.

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| A. Body Cam Footage | | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| | at 01:01:22-01:09:18 | | |
| 8. | Body Worn Video of LT II John Jenal, 2020-10-28 at 01:01:18-01:24:47 | | |
| 9. | Body Worn Video of Officer Nicholas Chacon, 2020-10-28 at 01:00:45-01:07:54 | | |
| 10. | Body Worn Video of Officer Thongin Muy, 2020-10-27 at 23:24:07-23:49:59 | | |
| 11. | Body Worn Video of Officer Ji Kim, 2020-10-28 at 01:01:07-01:08:51 | | |
| 12. | Metro TSE Unit - List of Officers Body Worn Video | | |
| 13. | LAPD Radio Broadcast CWTAC2.wav. | | |
| 14. | LAPD Radio Broadcast CWTAC3.wav | | |
| 15. | Screenshot 2 of Body Worn Video of Aranda | | |
| 16. | Video 1 - 517842 Stabilized Martinez Body Cam point cloud CORRECTED | | |
| 17. | Video 2 -517842 Stabilized Martinez Body Cam CORRECTED | | |
| 18. | Video 3 - 517842 Synchronized MacArthur Pineda | | |

3

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| A. Body Cam Footage | | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| | Martinez | | |
| 19. | Body Worn Video of Officer James Kim, 2020-10-28 at 01:03:22-01:08:49 | | |
| 20. | Body Worn Video of Sgt II Jerritt Severns, 2020-10-28 at 01:01:09-01:08:49 | | |
| 21. | Body Worn Video of Officer Ivan Guillermo, 2020-10-28 at 01:01:24-01:06:24 | | |
| 22. | Body Worn Video of Officer Freddie Piro, 2020-10-28 at 01:03:05-01:08:34 | | |
| 23. | Body Worn Video of Officer Scott Jedlick, 2020-10-28 at 01:01:12-01:08:50 | | |
| 24. | Body Worn Video of Officer Timothy Pecina, 2020-10-28 at 01:01:30-01:08:32 | | |
| 25. | Body Worn Video of Officer Sam Oh, 2020-10-28 at 01:01:09-01:08:50 | | |
| 26. | Body Worn Video of Officer Eduardo Mendez, 2020-10-28 at 01:00:35-01:08:23 | | |
| 27. | Body Worn Video of Officer Abraham Estrada, 2020-10-28 at 01:01:09-01:08:51 | | |
| 28. | Body Worn Video of Officer Kristopher | | |

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

### A. Body Cam Footage

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
|  | Clark, 2020-10-28 at 01:01:09-01:04:28 |  |  |
| 29. | Body Worn Video of Guillermo Garcia 38089  11th & Hope |  |  |

### B. City Documents

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 30. | Notice 1.2, Narrating on Body Worn Video for Less Lethal, November 2, 2022 |  |  |
| 31. | Notice 2.2, Verbal Warning Prior to use of Less Lethal Munitions, July 3, 2001 |  |  |
| 32. | Unusual Occurrence Management, Emergency Operations Policies & Procedures, Vol. 1 Section B300 |  |  |
| 33. | Training Bulletin, Mobile Field Force Concept - Part 1, Dec 2003 |  |  |
| 34. | Training Bulletin, Mobile Field Force Concept - Part 2, Aug 2006 |  |  |
| 35. | Dispersal Order No. 8, June 17, 2005 |  |  |
| 36. | Personnel Check-In List (ICS 211) - Shadow Team, Oct 28-29, 2020 |  |  |
| 37. | 2020 Dodgers World |  |  |

5

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| B. City Documents | | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| | Series Game 6 After Action Report, COLA 0034-0045 | | |
| 38. | Event Action Plan Dodgers 2020, COLA0046-0058 | | |
| 39. | Directive 11, Crowd Management, Intervention, and Control, June 2011, COLA0059-0069 | | |
| 40. | Directive 17, 40mm Less Lethal Launcher, July 2018, COLA0083-0087 | | |
| 41. | Expanded Course Outline, Less Lethal Munitions, 1850-30986, May 5, 2018, COLA0090-0103 | | |
| 42. | Expanded Course Outline, Less Lethal Munitions for Crowd Control, 1850-30986, Updated April 12, 2017, COLA0104-0116 | | |
| 43. | Expanded Course Outline, Less Lethal Weapons (4 hrs) Course, 1850-30995, Revised March 29, 2021, COLA0116-0137 | | |
| 44. | Directive 6.3 Bean Bag Shotgun, July 2018, COLA0138-0142 | | |
| 45. | Directive 11.1 Crowd Management, | | |

6

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| | Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|---|
| **B. City Documents** | | | | |
| | | Intervention, and Control, October 2020, COLA0143-0149 | | |
| | 46. | Crowd Management Example Dispersal Order, November 1, 2020, COLA0150 | | |
| | 47. | Crowd Management Concepts and Strategies, November 1, 2020, COLA0151 | | |
| | 48. | Crowd Management Terms and Definitions, November 1, 2020, COLA0152 | | |
| | 49. | Notice 16.2, Unlawful Assembly Checklist Notice October 27, 2017, COLA0155-0156 | | |
| | 50. | LAPD Emergency Operations Guide, SFOG, Vol 2, COLA0158-0159 | | |
| | 51. | Preferred Violation Codes for Unusual Occurrences, COLA0160 | | |
| | 52. | LAPD Guidelines for Crowd Management 2009, COLA0169-0213 | | |
| | 53. | Special Order No 4 Policy on the Use of Force – Revised, May 5, 2020, COLA0214-0218 | | |
| | 54. | Directive 1.3, Use of | | |

7

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| | B. City Documents | | |
| --- | --- | --- | --- |
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| | Force Policy, August 2022, COLA0242-0253 | | |
| 55. | 37 mm Image, COLA0082 | | |
| 56. | 37 mm Specifications, COLA0088 | | |
| 57. | 40 mm eXact iMpact Spounge Round Specifications, COLA0089 | | |
| 58. | Chronology Log Dodgers World Series, COLA0023-0033 | | |
| 59. | Incident Objectives (ICS 202), COLA0157 | | |
| 60. | [RESERVED] | | |
| 61. | [RESERVED] | | |
| 62. | [RESERVED] | | |
| 63. | Teams Report Cody MacArthur, COLA0537-0552 | | |
| 64. | Teams Report Jesse Pineda, COLA0553-0574 | | |
| 65. | Teams Report Lt II John Jenal, COLA0575-0599 | | |
| 66. | Personnel Check-in List (ICS 211) - Sgt Gutierrez, COLA0606 | | |
| 67. | Activity Log (ICS 214) Sgt Gutierrez, COLA0607 | | |
| 68. | Personnel Check-In List (ICS 211) Sgt | | |

8

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

## B. City Documents

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| | Bogart, COLA0608 | | |
| 69. | Activity Log (ICS 214) – Sgt Bogart, COLA0609 | | |
| 70. | Personnel Check-In List (ICS 221, ICS 211, & ICS 214) – Shadow Team 3, COLA0511-0515 | | |
| 71. | Personnel Check-In List (ICS 211, & ICS 214) – Jenal, COLA0511-0515 | | |

## C. Plaintiff-Specific Documents

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 72. | PHOTO Call of Duty Award CASTELLANOS 000020 | | |
| 73. | PHOTO Call of Duty Award CASTELLANOS 000021 | | |
| 74. | PHOTO Call of Duty Award CASTELLANOS 000022 | | |
| 75. | PHOTO DTLA with Friends CASTELLANOS 000013 | | |
| 76. | PHOTO DTLA with Friends CASTELLANOS 000014 | | |

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| | C. Plaintiff-Specific Documents | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| 77. | PHOTO DTLA with Friends CASTELLANOS 000015 | | |
| 78. | PHOTO DTLA with Friends CASTELLANOS 000016 | | |
| 79. | PHOTO Injury CASTELLANOS 000018.jpeg | | |
| 80. | PHOTO Isaac Gaming with Eyepatch CASTELLANOS 000019 IMG_1993 | | |
| 81. | PHOTO Isaac Profile CASTELLANOS 000003.png | | |
| 82. | PHOTO Issac and Family CASTELLANOS 000001-000002 | | |
| 83. | PHOTO Long Beach with Friends CASTELLANOS 000012 | | |
| 84. | PHOTO Long Beach with Friends CASTELLANOS 000004 | | |
| 85. | PHOTO Long Beach with Friends CASTELLANOS 000005 | | |
| 86. | PHOTO Long Beach with Friends CASTELLANOS 000006 | | |
| 87. | PHOTO Long Beach | | |

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| C. Plaintiff-Specific Documents | | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| | with Friends CASTELLANOS 000007 | | |
| 88. | PHOTO Long Beach with Friends CASTELLANOS 000008 | | |
| 89. | PHOTO Long Beach with Friends CASTELLANOS 000009 | | |
| 90. | PHOTO Long Beach with Friends CASTELLANOS 000010 | | |
| 91. | PHOTO Long Beach with Friends CASTELLANOS 000011 | | |
| 92. | VIDEO Nhung Chau Scene Video CASTELLANOS 000017.MOV | | |
| 93. | VIDEO Alexis Scene Video 1 CASTELLANOS 000548.mov | | |
| 94. | VIDEO Alexis Scene Video 2 CASTELLANOS 000549.mov | | |
| 95. | EDUC CSULB Degree CASTELLANOS 000298 | | |
| 96. | EDUC CSULB Transcripts CASTELLANOS 000228-000229 | | |
| 97. | EDUC Los Alamitos | | |

11

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| C. Plaintiff-Specific Documents | | | |
| --- | --- | --- | --- |
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| | USD Transcripts CASTELLANOS 000336 | | |
| 98. | [RESERVED] | | |
| 99. | Gaming CMG Profile CASTELLANOS 000536-000541 | | |
| 100. | Gaming Fandom Profile CASTELLANOS 000525-000530 | | |
| 101. | Gaming Fandom Results CASTELLANOS 000531-000535 | | |
| 102. | Gaming GameBattles Profile CASTELLANOS 000522-000524 | | |
| 103. | Google Earth Measurements of Aranda Distance Line 1 | | |
| 104. | Google Earth Measurement of Aranda Distance Line 2 | | |

| D. Plaintiff's Medical Records | | | |
| --- | --- | --- | --- |
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| 105. | Kaiser Medical Records CASTELLANOS 000113-000119 | | |
| 106. | Kaiser Medical Records CASTELLANOS 000119-000129 | | |

12

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| | D. Plaintiff's Medical Records | | |
| --- | --- | --- | --- |
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| 107. | Kaiser Medical Records CASTELLANOS 000144-000149 | | |
| 108. | Kaiser Medical Records CASTELLANOS 000157-000161 | | |
| 109. | Kaiser Medical Records CASTELLANOS 000172-000175 | | |
| 110. | Kaiser Medical Records CASTELLANOS 000182-187 | | |
| 111. | Kaiser Medical Records CASTELLANOS 000196-000200 | | |
| 112. | Long Beach Memorial Medical Records CASTELLANOS 000280-000285 | | |
| 113. | Long Beach Memorial Medical Records CASTELLANOS 000286-000290 | | |
| 114. | Hertzog Eye Associates Medical Records CASTELLANOS 000273 | | |
| 115. | [RESERVED] | | |
| 116. | [RESERVED] | | |
| 117. | [RESERVED] | | |

13

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

## E. Expert Reports

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 118. | Expert Report of Jerry Harper | | |
| 119. | Expert Rebuttal Report of Jerry Harper | | |
| 120. | Expert Report of Dr. Jerry Sebag | | |
| 121. | Expert Report of Dr. Taylor Kuhn | | |
| 122. | Supplemental Expert Report of Dr. Taylor Harper | | |
| 123. | Expert Report of Dr. David Strauser | | |
| 124. | Expert Report of James Mills | | |
| 125. | Expert Report of Cole Young | | |
| 126. | Defense Expert Report of Edward Flosi | | |
| 127. | Defense Expert Report of Dr. Jeffrey Wertheimer | | |

## H. Reserved

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 128. | Image of Prank Bar on 11th and Hope | | |
| 129. | Image of Officers' Distance from the Corner of 11th and Hope | | |
| 130. | Eye Retinal Image 01 | | |
| 131. | Eye Retinal Image 02 | | |
| 132. | Image of Officer MacArthur Firing | | |

14

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| Number | Description | If Objection, State Grounds | Response to Objection |
|--------|-------------|----------------------------|----------------------|
| **H. Reserved** | | | |
| 133. | Supplemental Expert Report of David Strauser | | |
| 134. | Supplemental Expert Report of James Mills | | |
| 135. | Photo of Isaac Castellanos Freshman Year | | |
| 136. | Photo of Isaac Castellanos Sophomore Year | | |
| 137. | Photo of Isaac Castellanos Junior Year | | |
| 138. | Photo of Isaac Castellanos Junior Year - Formal Dance | | |
| 139. | Photo of Isaac Castellanos Junior Year – Formal Prince | | |
| 140. | Photo of Isaac Castellanos  Senior Year | | |
| 141. | Photo - Screen Shot Video 2 - 517842 Stabilized Martinez Body Cam CORRECTED | | |
| 142. | [RESERVED] | | |
| 143. | [RESERVED] | | |
| 144. | [RESERVED] | | |
| 145. | [RESERVED] | | |
| 146. | [RESERVED] | | |
| 147. | [RESERVED] | | |
| 148. | [RESERVED] | | |
| 149. | [RESERVED] | | |
| 150. | [RESERVED] | | |

15

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| H. Reserved | | | |
|---|---|---|---|
| **Number** | **Description** | **If Objection, State Grounds** | **Response to Objection** |
| 151. | [RESERVED] | | |
| 152. | [RESERVED] | | |
| 153. | [RESERVED] | | |
| 154. | [RESERVED] | | |
| 155. | [RESERVED] | | |
| 156. | [RESERVED] | | |
| 157. | [RESERVED] | | |
| 158. | [RESERVED] | | |
| 159. | [RESERVED] | | |
| 160. | [RESERVED] | | |
| 161. | [RESERVED] | | |
| 162. | [RESERVED] | | |
| 163. | [RESERVED] | | |
| 164. | [RESERVED] | | |
| 165. | [RESERVED] | | |
| 166. | [RESERVED] | | |
| 167. | [RESERVED] | | |
| 168. | [RESERVED] | | |
| 169. | [RESERVED] | | |
| 170. | [RESERVED] | | |
| 171. | [RESERVED] | | |
| 172. | [RESERVED] | | |
| 173. | [RESERVED] | | |
| 174. | [RESERVED] | | |
| 175. | [RESERVED] | | |
| 176. | [RESERVED] | | |
| 177. | [RESERVED] | | |
| 178. | [RESERVED] | | |
| 179. | [RESERVED] | | |

/ / /

/ / /

/ / /

16

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

**Defendants' Exhibits**

| Number | Description | If Objection, State Grounds | Response to Objection |
|---|---|---|---|
| 500. | Nhung Chau cell video filtered-176D9F59-38A4-4177-8823-009A13DB960C | | |
| 501. | Lumbang cell video c44272d16daf42f9925f4dac59309d68[37] | | |
| 502. | Lumbang cell video fb4cfb2c32d24fc5a0747bd655050a50[27] | | |
| 503. | Photograph IMG_0104 | | |
| 504. | Photograph IMG_0105 | | |
| 505. | Medical Report - Kaiser Permanente EMR (Electronic Medical Record) excerpts | | |
| 506. | Julius Sengnouanchanh depo excerpts | | |
| 507. | Lt Jenal depo excerpts | | |
| 508. | Officer MacArthur depo excerpts | | |
| 509. | Officer Pineda depo excerpts | | |
| 510. | Chief Moore depo excerpts | | |
| 511. | PLAINTIFF Isaac Castellanos depo excerpts | | |
| 512. | Alexis Lumbang depo excerpts | | |
| 513. | Nhung Chau depo excerpts | | |
| 514. | [RESERVED] | | |

17

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

| Number | Description | If Objection, State Grounds | Response to Objection |
|--------|-------------|-----------------------------|------------------------|
| 515. | [RESERVED] | | |
| 516. | [RESERVED] | | |
| 517. | [RESERVED] | | |
| 518. | [RESERVED] | | |
| 519. | [RESERVED] | | |
| 520. | [RESERVED] | | |
| 521. | [RESERVED] | | |
| 522. | [RESERVED] | | |
| 523. | [RESERVED] | | |
| 524. | [RESERVED] | | |
| 525. | [RESERVED] | | |
| 526. | [RESERVED] | | |
| 527. | [RESERVED] | | |
| 528. | [RESERVED] | | |
| 529. | [RESERVED] | | |
| 530. | [RESERVED] | | |
| 531. | [RESERVED] | | |
| 532. | [RESERVED] | | |
| 533. | [RESERVED] | | |
| 534. | [RESERVED] | | |
| 535. | [RESERVED] | | |
| 536. | [RESERVED] | | |
| 537. | [RESERVED] | | |
| 538. | [RESERVED] | | |
| 539. | [RESERVED] | | |

Dated: March 31, 2026   By: */s/ Pedram Esfandiary*

Timothy A. Loranger, Esq.
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq.
malarcon@wisnerbaum.com
**WISNER BAUM LLP**

18

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Dated: March 31, 2026        By: */s/ Muna Busailah*

Muna Busailah, Esq.
m.busailah@police-defense.com
**STONE BUSAILAH, LLP**
1055 East Colorado Blvd., Suite 320
Pasadena, CA 91106
Telephone: (626) 683-5600
Facsimile: (626) 683-5656

## SIGNATURE ATTESTATION L.R. 5-4.3.4(2)(i)

I hereby attest that concurrence in the filing of the Joint Revised Exhibit List Annotated with Stipulations/Objections has been obtained from each of the other Signatories.

Dated: March 31, 2026            By: */s/ Pedram Esfandiary*

Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com

19

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing was filed via the court's CM/ECF system which will electronically serve a copy to all counsel who have appeared in this case.

/s/ Pedram Esfandiary
Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com

20

**JOINT REVISED EXHIBIT LIST ANNOTATED WITH STIPULATIONS/OBJECTIONS**