Timothy A. Loranger, Esq. (SBN: 225422)
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq. (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISAAC CASTELLANOS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; CHIEF MICHEL MOORE; and DOES 1-10 inclusive, <br><br> Defendants. | Case No. 2:22-cv-01165-ODW-MBK <br><br> Hon. Otis D. Wright, II <br><br> **PLAINTIFF'S WITNESS LIST** <br><br> Submission Date:   03/31/2026 <br><br> **Final Pretrial Conference:** <br> Date:          February 3, 2026 <br> Time:          9:00 AM <br> Courtroom:  5D <br><br> **Trial:** <br> Date:          April 7, 2026 <br> Time:          9:00 AM <br> Courtroom:  5D |

1

**PLAINTIFF'S WITNESS LIST**

Plaintiff Isaac Castellanos ("Plaintiff"), by and through his attorneys of record, hereby submits Plaintiff's Witness List.  The Witness List is submitted without prejudice to any Party revising its respective portion of the List, including but not limited identified witnesses and time estimates for witness examination.

2

**PLAINTIFF'S WITNESS LIST**

| Witness No. | Witness | Substance of Testimony | Time Estimate for Direct/Cross Examinations |
|---|---|---|---|
| **Plaintiff Fact Witnesses** | | | |
| 1. | Isaac Castellanos | Plaintiff. Will testify regarding the October 28, 2020 incident, including information on his activities on the night that he was shot by the less lethal munitions, his injury, including but not limited to medical treatment, his pain and suffering, loss of sight in his eye, medical care, medical expenses, and emotional distress. Will testify as to liability, causation, damages. | Direct testimony: Approx. 1.5 hours

Cross-examination: 1 hour 45 mins. |
| 2. | Sergio Cruz (May Call) | Plaintiff's father. Will testify about taking Plaintiff to the emergency room following Plaintiff's injury, the nature and extent of Plaintiff's injuries, and related matters. Will testify as to liability, causation, damages. | Direct Testimony: Approx. 30 mins.

Cross-examination: 1 hour |

3

**PLAINTIFF'S WITNESS LIST**

| 3. | Julius Sengnouanchanh | Plaintiff's friend who was present during the night of the October 28, 2020 incident. Will testify regarding the night of the incident, including Plaintiff's location around the time of injury, his observations of the scene at 11th St/Hope St, and his knowledge of Plaintiff's injuries and resulting impact on his life. Will testify as to liability, causation, damages. | Direct Testimony: Approx. 20 mins. Cross-examination: 30 mins. |
| 4. | Alexis Lumbang | Plaintiff's friend who was present during the night of the October 28, 2020 incident. Will testify as to recordings she made at the scene of the incident, the events leading up to Plaintiff's injury, the location of Plaintiff and his friends at the time of injury, and how the injury has affected Plaintiff's life. Will testify as to liability, causation, damages. | Direct Testimony: Approx. 30 mins. Cross-examination: 30 mins. |

4

**PLAINTIFF'S WITNESS LIST**

| 5. | Nhung Chau (May Call) | Plaintiff's friend who was present during the night of the October 28, 2020 incident. Will testify as to recordings she made at the scene of the incident, the events leading up to Plaintiff's injuries, the scene at 11th/St Hope at the time of the incident, Plaintiff's injuries and the subsequent impact on Plaintiff's life. Will testify as to liability, causation, damages. | Direct Testimony: Approx. 15 mins.<br><br>Cross-examination: 30 mins. |
|---|---|---|---|
| 6. | Chief Michel Moore<br><br>(Called adversely in Plaintiff's Case in Chief) | The Chief.  He will be called upon to testify regarding his knowledge, oversight, and command of the LAPD's response to the October 27-28 Dodgers' victory celebration. Will testify as to liability, causation, damages. | Direct testimony: Approx. 20 mins (via video deposition)<br><br>Defendants' rebuttal testimony – 15 mins. |

5

**PLAINTIFF'S WITNESS LIST**

| | | | |
|---|---|---|---|
| 7. | Officer Jesse Pineda<br><br>(Called adversely in Plaintiff's Case in Chief) | Defendant. Officer Pineda will testify regarding the LAPD's response to the Dodgers' victory celebration, his participation in crowd management during the incident, including his participation in the skirmish line at the site of the incident, and his discharge of less lethal weapons during the incident.  Will testify as to liability, causation, damages. | Plaintiff's Cross-examination: Approx. 1 hour<br><br>Defendants' Direct Examination: 1 hour 45 mins. |
| 8. | Officer Cody MacArthur<br><br>(Called adversely in Plaintiff's Case in Chief) | Defendant. Officer MacArthur will testify regarding the LAPD's response to the Dodgers' victory celebration, his participation in crowd management during the incident, including his participation in the skirmish line at the site of the incident, and his discharge of less lethal weapons during the incident.  Will testify as to liability, causation, damages. | Plaintiff's Cross-examination: Approx. 1 hour<br><br>Defendants' Direct Examination: 1 hour 45 mins. |

6

**PLAINTIFF'S WITNESS LIST**

| 9. | Lieutenant John Jenal (May Call)<br><br>(Called adversely in Plaintiff's Case in Chief) | Will testify regarding his oversight of the TSE squad that responded to the intersection at 11th St/Hope on the night of the incident, and the nature of command during the incident. Will testify as to liability, causation, damages. | Plaintiff's Cross-Examination: Approx. 20 mins.<br><br>Defendants' Direct Examination: 45 mins. |
|---|---|---|---|
|  | **Plaintiff's Retained Expert Witnesses** | | |
| 10. | James A. Mills | Economist. Will testify concerning the present cash value of Plaintiff's economic losses, including but not limited to, Plaintiff's loss of income and loss of earning capacity, vocational rehabilitation needs, and future medical care. Will testify as to liability, causation, damages. | Direct testimony: 30 mins.<br><br>Cross-examination: 1 hour |
| 11. | Dr. David R. Strauser, PhD | Forensic Vocational Consultant.. Will testify concerning his evaluation of Plaintiff's vocational rehabilitation needs and vocational losses as a result of Plaintiff's injuries. Will testify as to liability, causation, damages. | Direct testimony: Approx. 45 mins.<br><br>Cross-examination: 45 minutes |

7

**PLAINTIFF'S WITNESS LIST**

| 12. | Cole R. Young, MS | Professional Engineer and Forensics. Will testify concerning his inspection and imaging of the intersection at 11th and Hope Street (site of the incident) used to compile relevant LAPD officers' Axon body worn video ("BWV") footage and syncing the officers' location to obtain a detailed analysis of the distance from which the LAPD officers fired less-lethal munitions hitting Plaintiff.  Will testify as to liability, causation, damages. | Direct testimony: Approx. 30 mins.<br><br>Cross-examination: 45 mins. |
|---|---|---|---|
| 13. | Jerry Harper | Law Enforcement and Corrections Issues Consultant. Will provide testimony concerning Defendants' response to the Dodgers World Series celebration, the use of force against Plaintiff, and his review of Defendants' body worn videos, department training information, reports, and other materials outlined in his report.  Will testify as to liability, causation, damages. | Direct testimony: Approx. 1 Hour.<br><br>Cross-examination: 45 mins. |

8

**PLAINTIFF'S WITNESS LIST**

| | | | |
|---|---|---|---|
| 14. | Dr. Taylor P. Kuhn, Ph.D. | Neuropsychologist. Will testify concerning his evaluation of Plaintiff's neuropsychological findings, including causation, treatment, diagnosis, and prognosis of Plaintiff's injuries. Will testify as to liability, causation, damages. | Direct testimony: Approx. 30 mins.<br><br>Cross-examination: 45 mins. |
| 15. | Dr. Jerry Sebag, M.D. | Board certified ophthalmologist. Will provide testimony concerning his evaluation of Plaintiff, as well as causation, treatment, diagnosis, and prognosis of Plaintiff's injuries. Will testify as to liability, causation, damages. | Direct testimony: Approx. 45 mins.<br><br>Cross-examination: 30 mins. |

**Plaintiff's Non-Retained Expert Witnesses**

| | | | |
|---|---|---|---|
| 16. | Rodrigo Torres, M.D. (May Call) | Ophthalmologist at Long Beach Memorial Hospital who examined Plaintiff immediately after the incident. Will testify to the care and treatment rendered to Plaintiff related to his injuries arising out of the October 28, 2020 incident. Will testify as to liability, causation, damages. | Direct testimony: Approx. 30 mins.<br><br>Cross-examination: 20 mins. |

9

**PLAINTIFF'S WITNESS LIST**

Dated: March 31, 2026      By: */s/ Pedram Esfandiary*

Timothy A. Loranger, Esq.
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq.
malarcon@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

10

**PLAINTIFF'S WITNESS LIST**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing was filed via the court's CM/ECF system which will electronically serve a copy to all counsel who have appeared in this case.

/s/ Pedram Esfandiary
Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com

11

**PLAINTIFF'S WITNESS LIST**