MUNA BUSAILAH (SBN 166328)
Email: m.busailah@police-defense.com
Michael D. Williamson (SBN 236188)
Email: m.williamson@police-defense.com
STONE BUSAILAH, LLP
E-mail: d.danial@police-defense.com

1055 E. Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Fax: (626) 683-5656

Attorneys for Defendants,
**CITY OF LOS ANGELES, CHIEF MICHEL MOORE,
JESSE PINEDA, CODY MACARTHUR, and
JOHN JENAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>               Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; and DOES 1-10 inclusive,<br><br>               Defendants. | Case No. 2:22-cv-01165-ODW-MBK<br><br>Hon. Otis D. Wright, II<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Submission Date:   04/01/2026<br><br>**Final Pretrial Conference:**<br>Date:         February 3, 2026<br>Time:        9:00 AM<br>Courtroom:  5D<br><br>**Trial:**<br>Date:         April 7, 2026<br>Time:        9:00 AM<br>Courtroom:  5D |

1

**DEFENDANTS' WITNESS LIST**

Defendants City of Los Angeles, Officer Jesse Pineda, and Officer Cody MacArthur ("Defendants"), by and through their respective attorneys of record, hereby submit Defendants' Witness List.  The Witness List is submitted without prejudice to any Party revising its respective portion of the List, including but not limited identified witnesses and time estimates for witness examination.

Date: April 1, 2026                    Respectfully Submitted,

                                       **STONE BUSAILAH, LLP**

                          By: ___/s/ Muna Busailah_____
                                       MUNA BUSAILAH
                                       MICHAEL D. WILLIAMSON
                                       *Attorneys for Defendants*

**DEFENDANTS' WITNESS LIST**

| Witness No. | Witness | Substance of Testimony | Time Estimate for Direct/Cross Examinations |
|---|---|---|---|
| | | **Defendants' Fact Witnesses** | |
| 1. | Officer Jesse Pineda | Defendant. Will testify regarding his location, surroundings, actions, observations and related matters at or near the time of the alleged incident; and, training, tactics, and policy / procedure. | Direct testimony: Approx. 1 hour<br><br>Cross-examination: 1 Hour (Called adversely in Plaintiff's Case in Chief) |
| 2. | Officer Cody MacArthur | Defendant. Will testify regarding his location, surroundings, actions, observations and related matters at or near the time of the alleged incident; and, training, tactics, and policy / procedure. | Direct testimony: Approx. 1 hour<br><br>Cross-examination: 1 Hour (Called adversely in Plaintiff's Case in Chief) |
| 3. | Lieutenant John Jenal | Defendant. Will testify regarding his location, surroundings, actions, observations and related matters at or near the time of the alleged incident; and, training, tactics, and policy / procedure. | Direct testimony: Approx. 1 hour<br><br>Cross-examination: 20 Min (Called adversely in Plaintiff's Case in Chief) |

3

**DEFENDANTS' WITNESS LIST**

| 4. | Police Officer III Scott Jedlick (Serial No. 38395) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds/ undisclosed Rule 26 witness). |
| --- | --- | --- | --- |
| 5. | Police Officer III James Kim (Serial No. 32184) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds/ undisclosed Rule 26 witness). |
| 6. | Police Officer III Nicolas Chacon (Serial No. 38388) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds). |

4

**DEFENDANTS' WITNESS LIST**

| 7. | Police Officer III Allan Salazar (Serial No. 36869) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds/ undisclosed Rule 26 witness). |
|---|---|---|---|
| 8. | Police Officer III Cesar Aranda (Serial No. 38483) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds). |
| 9. | Police Officer II Ji Kim (Serial No. 37342) – May Call | Witness may testify regarding her location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds). |

**DEFENDANTS' WITNESS LIST**

| 10. | Sergeant Thongin Muy (Serial No. 31129) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds). |
|---|---|---|---|
| 11. | Police Officer Kristopher Clark (Serial No. 39587) – May Call | Witness may testify regarding his location, surroundings, actions, observations, crowd-control activities, skirmish line movements, and other related matters at or near the time of the October 28, 2020 incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds/ undisclosed Rule 26 witness). |
| 12. | Makoi Gacula - May Call | Witness will testify regarding his location, surroundings, actions, observations and related matters at or near the time of the alleged incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour<br><br>(Subject to Plaintiff's objection on cumulative grounds). |
| 13. | Ferrari Chamlern - May Call | Witness will testify regarding his location, surroundings, actions, observations and related matters at or near the time of the alleged incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour |

6

**DEFENDANTS' WITNESS LIST**

| 14. | Xavier Padojino - May Call | Witness will testify regarding his location, surroundings, actions, observations and related matters at or near the time of the alleged incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour |
| 15. | Nhung Chau - May Call | Witness will testify regarding her location, surroundings, actions, observations and related matters at or near the time of the alleged incident. | Direct testimony: Approx. .5 hour<br><br>Cross-examination: Approx. .5 hour |

**Defendants' Retained Expert Witnesses**

| 16. | Jeffrey Clark Wertheimer, Ph.D./ABPP-CN | Clinical Neuropsychiatrist that will testify to his evaluation of Plaintiff's injuries. | Direct testimony: Approx. 1 hour<br><br>Cross-examination: Approx. 1 hour |
| 17. | Edward Flosi | Police Practices expert that will testify to police actions. | Direct testimony: Approx. 1hour 25 mins.<br><br>Cross-examination: Approx. 1 hour |

Date: April 1, 2026

Respectfully Submitted,

**STONE BUSAILAH, LLP**

By: /s/ Muna Busailah
_____

MUNA BUSAILAH
MICHAEL D. WILLIAMSON
*Attorneys for Defendants*

7

**DEFENDANTS' WITNESS LIST**