# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CASTELLANOS,<br><br>     Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES et al.,<br><br>     Defendants. | Case No. 2:22-cv-01165-ODW (MBKx)<br><br>**VERDICT FORM** |

We, the jury, in the above-entitled action find as follows:

**Excessive Force Claim (42 U.S.C. § 1983)**

**Question 1**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Cody MacArthur used excessive or unreasonable force against Mr. Castellanos?

Yes ✓         No _____

**Question 2**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Jesse Pineda used excessive or unreasonable force against Mr. Castellanos?

Yes ✓         No _____

*If you answered "Yes" to Questions No. 1 or 2, please proceed to Question Nos. 3 and 4.*

*If you answered "No" to both Questions 1 and 2, please proceed to Question No. 5*

**Question 3**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Cody MacArthur's conduct was the cause of his injury?

Yes ✓         No _____

**Question 4**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Jesse Pineda's conduct was the cause of his injury?

Yes ✓         No _____

VERDICT FORM

<u>Negligence Claim</u>

**Question 5**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Cody MacArthur was negligent?

Yes ___✓___            No _____

**Question 6**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Jesse Pineda was negligent?

Yes ___✓___            No _____

*If you answered "Yes" to Questions No. 5 or 6, please proceed to Question Nos. 7 and 8.*

*If you answered "No" to both Questions 5 and 6, please proceed to Question No. 9.*

**Question 7**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Cody MacArthur's negligence was a substantial factor in causing harm to Mr. Castellanos?

Yes ___✓___            No _____

**Question 8**: Did Plaintiff Isaac Castellanos prove it is more likely than not that Defendant Jesse Pineda's negligence was a substantial factor in causing harm to Mr. Castellanos?

Yes ___✓___            No _____

– 3 –

VERDICT FORM

## Bane Act Claim (Cal. Civ. Code § 52.1)

**Question 9**: Did Defendant Cody MacArthur interfere with Mr. Castellanos's exercise or enjoyment of his right to be free from excessive force?

Yes __✓__          No _____

**Question 10**: Did Defendant Jesse Pineda interfere with Mr. Castellanos's exercise or enjoyment of his right to be free from excessive force?

Yes __✓__          No _____

*If you answered "Yes" to Questions No. 9 or 10, please proceed to Question Nos. 11 and 12.*

*If you answered "No" to both Questions 9 and 10, please proceed to Question No. 13.*

**Question 11**: Did Defendant Cody MacArthur intend to deprive Mr. Castellanos of, or act with reckless disregard for, Mr. Castellanos's enjoyment of the interests protected by the right to be free from excessive force?

Yes __✓__          No _____

**Question 12**: Did Defendant Jesse Pineda intend to deprive Mr. Castellanos of, or act with reckless disregard for, Mr. Castellanos's enjoyment of the interests protected by the right to be free from excessive force?

Yes __✓__          No _____

*If you answered "Yes" to Questions No. 11 or 12, please proceed to Question Nos. 13 and 14.*

*If you answered "No" to both Questions 11 and 12, please proceed to Question No. 15.*

— 4 —

VERDICT FORM

**Question 13**: Was Defendant Cody MacArthur's conduct a substantial factor in causing harm to Mr. Castellanos?

Yes __✓__            No _____

**Question 14**: Was Defendant Jesse Pineda's conduct a substantial factor in causing harm to Mr. Castellanos?

Yes __✓__            No _____

*If you answered "yes" to the any of the above questions, please proceed to Question 15.*

*If you answered "no" to all of the above questions, stop here.*

### Apportionment of Fault:

**Question 15**: Where both Defendant Cody MacArthur and Defendant Jesse Pineda could be liable, what percentage of responsibility do you assign to each? *(Your total should equal 100%).*

Defendant MacArthur __50__ %    Defendant Pineda __50__ %

– 5 –
VERDICT FORM

**Compensatory Damages:**

**Question 16**: What are Isaac Castellanos's damages?

Amount for future medical care:              $ 135,749

Amount for loss of earning capacity:        $ 31,676,431

Amount for past pain and suffering, emotional distress, disability, disfigurement, and loss of enjoyment of life experienced:                                  $ 1,000,000

Amount for future pain and suffering, emotional distress, disability, disfigurement, and loss of enjoyment of life experienced:                                  $ 7,000,000

*Please sign and date the verdict form and return it to the Court*

Dated: 4/16/26                        *REDACTED*

– 6 –

VERDICT FORM