**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC CASTELLANOS, | Case No. 2:22-cv-01165-ODW (MBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES et al., | |
| Defendants. | |

This action came on for jury trial on April 7, 2026 in Courtroom 5D of the above-entitled Court, the Honorable Otis D. Wright, II, Judge, presiding.  Plaintiff Isaac Castellanos appeared by his attorneys, Pedram Esfandiary and Monique A. Alarcon of Wisner Baum LLP.  Defendants City of Los Angeles, Cody MacArthur and Jesse Pineda appeared by their attorneys Michael Dale Williamson and Muna Busailah of Stone Busailah, LLP.

A jury of eight persons was impaneled and sworn.  Witnesses were sworn and testified and evidence was presented.  After hearing the evidence and arguments of counsel, the jury was instructed by the Court and the case was submitted to the jury on April 16, 2026.  The jury was instructed to deliberate and return a verdict.  The jury deliberated and thereafter returned to Court with a unanimous verdict, which is reflected in the Verdict Form, duly filled out, signed by the Jury Foreman, and dated April 16, 2026.  (Dkt. No. 208 (redacted), 209 (sealed).)

It appearing by reason of said Verdict Form that Plaintiff Isaac Castellanos is entitled to judgment against Defendants City of Los Angeles, Cody MacArthur and Jesse Pineda, IT IS **ORDERED**, **ADJUDGED**, **AND DECREED** as follows:

1.      Plaintiff Isaac Castellanos shall recover damages from Defendants City of Los Angeles, Cody MacArthur and Jesse Pineda in the amount of **$11,812,180.00**;

2.      As prevailing party, Plaintiff Isaac Castellanos may apply to the Court recover his reasonable attorneys' fees, costs, and disbursements from City of Los Angeles, Cody MacArthur and Jesse Pineda, in an amount to be determined by this Court at a later date;

3.      Plaintiff Isaac Castellanos shall recover post-judgment interest beginning on the date of entry of judgment, at the rate specified by 28 U.S.C. § 1961;

4.     Said amounts are apportioned 50% to Defendant Cody MacArthur and City of Los Angeles and 50% to Defendant Jesse Pineda and City of Los Angeles; and

5.     The Clerk of the Court shall close the case.

**SO ORDERED, ADJUDGED, AND DECREED.**

Dated: April 22, 2026

_____
Honorable Otis D. Wright, II
United States District Judge

JUDGMENT